

**RatnerPrestia**
WE SPECIALIZE IN THE LAW OF CREATIVITY®

BENJAMIN E. LEACE
DIRECT DIAL: 610-993-4208
EMAIL: beleace@ratnerprestia.com

February 10, 2017

**Via Facsimile**

Honorable Joel H. Slomsky, District Judge
U.S. District Court for
the Eastern District of Pennsylvania
601 Market Street
Room 13614
Philadelphia, PA 19106-1748

    **Re:  Ratner & Prestia, P.C. v. Stolmár & Partner Patentanwälte PartG
mbB and Matthias Stolmár and Hansjörg Rembold
Civil Action No. 2:16-cv-01424**

Dear Judge Slomsky,

    Enclosed is a courtesy copy of the Stipulation of Dismissal and Consent Order that we are filing today, via ECF.

Respectfully submitted,

RatnerPrestia

Benjamin E. Leace

BEL/ac

Encl.  Stipulation of Dismissal and Consent Order

cc:  Peter M. Dollinger, Esquire (Via Email)

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ratner & Prestia, P.C. | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:16-cv-01424-JHS |
| | : | |
| Stolmár & Partner | : | |
| Patentanwälte PartG mbB | : | |
| and | : | |
| Matthias Stolmár | : | |
| and | : | |
| Hansjörg Rembold | : | |
| Defendants. | : | |

### STIPULATION OF DISMISSAL AND CONSENT ORDER

WHEREAS, the parties have agreed that, in exchange for the terms set forth in a Settlement Agreement and Release (the "Agreement") reached and executed by the parties, this case shall be dismissed, with prejudice, by agreement of the parties, with the parties to bear their own fees and costs. Accordingly,

It is hereby ORDERED that this case shall be, and hereby is, dismissed, with prejudice.

It is further ORDERED that this Court shall retain jurisdiction to enforce and/or otherwise address any breach of the terms of the Agreement executed by the parties.

BY THE COURT:

_____
Joel H. Slomsky, J.

STIPULATED AND AGREED BY THE
PARTIES THROUGH THEIR UNDERSIGNED COUNSEL:

| RATNER PRESTIA | LAW OFFICES OF PETER M. DOLINGER |
|---|---|
| Benjamin E. Leace, Esq. | Peter M. Dolinger, Esq. |
| Christopher Blaszkowski, Esq. | 1835 Market Street #2700 |
| 2200 Renaissance Blvd., Suite 350 | Philadelphia PA 19103 |
| King of Prussia, PA 19406 | Phone (215) 575-9220 |
| Phone (610) 407-0700 | Fax (215) 575-9226 |
| Fax (610) 407-0701 | |
| *[signature]* | *[signature]* |
| Attorneys for Plaintiff RatnerPrestia | Attorney for Defendants |